IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
|     Petitioner, | ) ) |
| v. | ) CASE NO. 2:14-cv-076-TMH ) |
| CYNTHIA S. WHEELER-WHITE, *et al.,* | ) ) |
|     Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

    1. The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #8) filed on March 24, 2014 is overruled;

    2. The Recommendation of the United States Magistrate Judge (Doc. #7) entered on February 26, 2014 is adopted;

    3. The petition for writ of habeas corpus filed by Boyd is DENIED and this cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as Boyd has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this Court to consider his successive habeas application.

    DONE this the 8th day of April, 2014.

                                              /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE